IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON CHANCE, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) ) ) Case No. 15-cv-00849-JPG-SCW |
| LEAH HAMMEL, *et al.*, | ) ) |
|     Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 89) of Magistrate Judge Stephen C. Williams with regard to Defendants' Oral Motion (Doc. 85) to Dismiss.  There were no objections to the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3).  The Court must review *de novo* the portions of the report to which objections are made.  The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary.  *Id.*  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report.  The Court has reviewed the entire file and finds that the R & R is not clearly erroneous.  Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 89) and **GRANTS** Defendants' Oral Motion (Doc. 85) to Dismiss.

Plaintiff has failed to keep this Court informed of his location, concealed the fact that he had previously been assessed three strikes, and failed to respond to motions and/or the R & R.

Therefore, this matter is **DISMISSED** with prejudice. The Clerk of Court to enter judgment accordingly. The Court also notes that there is a pending Motion to Revoke Plaintiff's IFP status (Doc. 33) which is **DENIED** as moot.

**IT IS SO ORDERED.**

**DATED:** 12/14/2015

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**
