IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON CHANCE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 15-cv-00849-JPG-SCW |
| LEAH HAMMEL, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,   IT IS HEREBY **ORDERED AND ADJUDGED** that the Claims against defendants **Leah Hammel, Nurse Caleb, Susan Carr, Lila Lee, Dr. Gupta, Dr. Tariq,** and **Dr. Vallabhen**, for deliberate indifference to Plaintiff's medical needs in violation of the 14th Amendment and Illinois law are dismissed with prejudice and IT IS FURTHER **ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **Leah Hammel, Nurse Caleb, Susan Carr, Lila Lee, Dr. Gupta, Dr. Tariq,** and **Dr. Vallabhen**, and against plaintiff **Jason Chance** on his claims for deliberate indifference to his medical needs in violation of the 14th Amendment and Illinois law.

**DATED:**  12/14/2015                                *s/Reid Hermann, Deputy Clerk*
                                                                   **Justine Flanagan**
                                                                   **Acting Clerk of Court**


**Approved:**     *s/J. Phil Gilbert*
                       **J. PHIL GILBERT**
                       **DISTRICT JUDGE**